Eliza Ghanooni, SBN: 252063
Ghanooni Law Firm
1901 Ave of the Stars, Suite 450
Los Angeles, CA 90067
Tel: (213) 444-3328
Fax: (800) 584-1977
eliza@ghanoonilaw.com

Attorney for Debtor Lawrence Philip Lamovec



**FILED & ENTERED**

**MAR 25 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

<u>**ORDER NOT FOR PUBLICATION**</u>  **CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Lawrence Philip Lamovec,<br><br>    Debtor. | Case No: 2:16-bk-13265-RK<br><br>Chapter 7<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 7 CASE, AND REINSTATING CHAPTER 7 CASE**<br><br>**[NO HEARING REQUIRED PURSUANT TO LBR 9013-1(q)]** |

Pending before the court is Debtor Lawrence Philip Lamovec's ("Debtor") Motion for Reconsideration of Order Dismissing Case ("Motion"). ECF 15 and 16. On March 22, 2016, the court entered an order dismissing Debtor's Chapter 7 case for failure to timely file Official Form 1002-1 ("Form") with the holographic signature of Debtor's counsel, Eliza Ghanooni ("Counsel"). ECF 14.

Having considered the Motion, and Exhibit A and the Declaration of Counsel attached thereto in support of the Motion, the court determines that Debtor in his Motion has provided sufficient explanation to show that his failure to timely file the required Form by the deadline was due to Counsel's "excusable neglect" in mistakenly failing to sign the Form, which was timely filed, ECF 8, to warrant reconsideration of the dismissal of his bankruptcy case under Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9024, which incorporates by reference Federal Rule of Civil Procedure

1  ("Civil Rule") 60(b)(1). Additionally, the court notes that Debtor attached the signed Form as Exhibit A
2  to his Motion in compliance with Local Bankruptcy Rule 1017-2(c)(1), but the signed Form is not yet
3  filed on the case docket.
4      In considering the totality of the circumstances of Debtor's Motion and the explanation of his
5  circumstances,
6      IT IS ORDERED as follows:
7      1.    Debtor's Motion is GRANTED pursuant to Bankruptcy Rule 9024 and Local Bankruptcy
8          Rules 1017-2(c)(1) and 9013-1(q).
9      2.    The order dismissing this bankruptcy case is hereby VACATED, and the case is
10         reinstated as an active bankruptcy case.
11     3.    The Chapter 7 trustee is reappointed to administer Debtor's Chapter 7 case.
12     4.    Debtor is to file the signed Form as a separate document on the case docket within 14
13         days of entry of this order or, otherwise, the court may reconsider and vacate this order
14         and issue another order for dismissal.
15     IT IS SO ORDERED.
16                                       ###

23     Date: March 25, 2016                      _____
24                                         Robert Kwan
                                        United States Bankruptcy Judge